## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Renee L. Schilling                                         CHAPTER 13
       Rodney A. Schilling
              Debtor(s)                            BKY. NO. 22-10260 TPA

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION, and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ Brian C. Nicholas, Esquire**
                    Brian C. Nicholas, Esquire
                    Attorney I.D. No. 317240
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    215-627-1322
                    bnicholas@kmllawgroup.com