IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

IN RE                                            )
                                                 )
Rodney A. Schilling                              )    Case No. 22-10260 TPA
Renee L. Schilling                               )    Chapter 13
    Debtor(s)                                 )
                                                 )
                                                 )

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith: Debtors are amending their schedule B to include a potential payment of fire damage at 3 Lancaster Avenue by Nationwide.

_____    Voluntary Petition - *Specify reason for amendment*:

        Official Form 6 Schedules (Itemization of Changes Must Be Specified)

_____    Summary of Schedules

_____    Schedule A - Real Property

  X      Schedule B - Personal Property

_____    Schedule C - Property Claimed as Exempt

_____    Schedule D - Creditors holding Secured Claims Check one:

        _____    Creditor(s) added

        _____    NO creditor(s) added

        _____    Creditor(s) deleted

_____    Schedule E - Creditors Holding Unsecured Priority Claims Check one:

        _____    Creditor(s) added

        _____    NO creditor(s) added

_____         Creditor(s) deleted

_____    Schedule F - Creditors Holding Unsecured Nonpriority Claims Check one:

      _____         Creditor(s) added

      _____         NO creditor(s) added

      _____         Creditor(s) deleted

_____    Schedule G - Executory Contracts and Unexpired Leases Check one:

      _____         Creditor(s) added

      _____         NO creditor(s) added

      _____         Creditor(s) deleted

_____    Schedule H - Codebtors

_____    Schedule I - Current Income of Individual Debtor(s)

_____    Schedule J - Current Expenditures of Individual Debtor(s)

_____    Statement of Financial Affairs

_____    Chapter 7 Individual Debtor's Statement of Intention

_____    Chapter 11 List of Equity Security Holders

_____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

_____    Disclosure of Compensation of Attorney for Debtor

_____    Other

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, Pa 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower

600 Grant Street
Pittsburgh, PA 15219

Date: <u>July 12, 2022</u>                                             <u>/s/ Lauren M. Lamb</u>
                                                                     Lauren M. Lamb, Esquire
                                                                      Attorney for the Debtor(s)

                                                                      STEIDL & STEINBERG
                                                                      Suite 2830 – Gulf Tower
                                                                      707 Grant Street
                                                                      Pittsburgh, PA  15219
                                                                      (412) 391-8000
                                                                      llamb@steidl-steinberg.com
                                                                      PA I.D. No. 209201

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rodney A. Schilling** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renee L. Schilling** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number    22-10260

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**4458 Pitts Road**
Street address, if available, or other description

**Adamsville**    **PA**    **16110-0000**
City    State    ZIP Code

**Crawford**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    $220,000.00

**Current value of the portion you own?**    $220,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Tenants by the entirety**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Value determined by comparative market analysis completed by Berkshire Hathaway.**

Official Form 106A/B    Schedule A/B: Property    page 1

Debtor 1 **Rodney A. Schilling**
Debtor 2 **Renee L. Schilling**

Case number *(if known)* **22-10260**

**If you own or have more than one, list here:**

1.2
**3 Lancaster Ave.**
Street address, if available, or other description

**Greenville**  **PA**  **16125-0000**
City  State  ZIP Code

**Mercer**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$20,000.00**  **$20,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Tenants by the entirety**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**
**Vacant house that has fire $50k in fire damages. Debtors intend to surrender.**

---

**If you own or have more than one, list here:**

1.3
**455 Kennard Atlantic Road**
Street address, if available, or other description

**Greenville**  **PA**  **16125-0000**
City  State  ZIP Code

**Mercer**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$309,000.00**  **$154,500.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint tenant**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**
**Value determined by comparative market analysis completed by Berkshire Hathaway. Joint with sister. Two parcels on one deed. Parents' residence.**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**   **$394,500.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

| Debtor 1 | **Rodney A. Schilling** | | |
|---|---|---|---|
| Debtor 2 | **Renee L. Schilling** | Case number *(if known)* | **22-10260** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: **Chevrolet**
        Model: **Traverse**
        Year: **2015**
        Approximate mileage: **107000**
        Other information:

   > Value determined by KBB.
   > Location: 4458 Pitts Road, Adamsville PA 16110

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$14,909.00**
   Current value of the portion you own? **$14,909.00**

   3.2  Make: **Dodge**
        Model: **Ram 1500**
        Year: **2016**
        Approximate mileage: **102000**
        Other information:

   > Value determined by KBB.
   > Location: 4458 Pitts Road, Adamsville PA 16110

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Current value of the entire property? **$21,267.00**
   Current value of the portion you own? **$21,267.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$36,176.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   > Various household goods and furnishings. Summary available upon request.
   > Location: 4458 Pitts Road, Adamsville PA 16110

   **$10,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No

| Debtor 1 | **Rodney A. Schilling** | | |
|---|---|---|---|
| Debtor 2 | **Renee L. Schilling** | Case number *(if known)* | **22-10260** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Clothing.** **Location: 4458 Pitts Road, Adamsville PA 16110** | $200.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Wedding rings.** **Location: 4458 Pitts Road, Adamsville PA 16110** | $600.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | **Three dogs and four cats.** **Location: 4458 Pitts Road, Adamsville PA 16110** | $0.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

    | **Riding lawn mower** **Location: 4458 Pitts Road, Adamsville PA 16110** | $3,000.00 |
    |---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................... | **$13,800.00** |

---

**Part 4:** **Describe Your Financial Assets**

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes............................................................................................................

Official Form 106A/B                Schedule A/B: Property                page 4

| Debtor 1 | **Rodney A. Schilling** | | |
|---|---|---|---|
| Debtor 2 | **Renee L. Schilling** | Case number *(if known)* | **22-10260** |

| | **Cash on hand** | **$5.00** |
|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................      Institution name:

    | | 17.1. | **Checking** | **Huntington National Bank** | **$6,500.00** |
    |---|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:        Institution name:

    | | **401(k)** | **Susan Wolske Controller** | **$282,625.15** |
    |---|---|---|---|
    | | **401(k)** | **Equitable** | **$23,814.04** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

| | | |
|---|---|---|
| Debtor 1 | **Rodney A. Schilling** | |
| Debtor 2 | **Renee L. Schilling** | Case number *(if known)* **22-10260** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

    | | |
    |---|---|
    | **Possible claim for repair of fire damage sustained at 3 Lancaster Avenue, Greenville. Insured by Nationwide. Debtors do not believe that the damage will be covered as the claim has been denied previously.** | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No

Official Form 106A/B                    Schedule A/B: Property                    page 6

| Debtor 1 | **Rodney A. Schilling** | | |
|---|---|---|---|
| Debtor 2 | **Renee L. Schilling** | Case number *(if known)* | **22-10260** |

☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................. **$312,944.19**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... **$0.00**

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ....................................................................................................... | | **$394,500.00** |
| 56. | **Part 2: Total vehicles, line 5** | $36,176.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $13,800.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $312,944.19 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**      + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... $362,920.19    Copy personal property total | | $362,920.19 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $757,420.19 |