FILED
7/27/22 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RE:

| | | |
|---|---|---|
| Rodney A. and Renee L. Schilling | : | Bankruptcy Case No. 22-10260-TPA |
| *Debtor(s)* | : | Chapter 13 |

## PLAN CONFIRMATION ORDER

**AND NOW,** this **27th day of July, 2022, it is hereby ORDERED, ADJUDGED, and DECREED**, with the consent of all the Parties in attendance, as follows:

A    The Chapter 13 Plan dated *May 27, 2022*, except as modified herein as numbered, below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court. The current Plan payment is *$4,795*.

    1.    For the remainder of the Plan term, the periodic Plan payment is to be **$4,823** as of *August, 2022*. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order. (A2)

B    **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED**:

    1.    **Objections to the Plan:** This Order is effective as of the date indicated below. Pursuant to *Fed.R.Bankr.P. 2002(b)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may only disburse funds pursuant to this confirmation order upon expiration of the foregoing twenty-eight (28) day period.

    2.    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    3.    **Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

    4.    **Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

    5.    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

C    **IT IS FURTHER ORDERED THAT:**

Revised 3/22/2022

**1.** Plan terms are subject to the resolution of: timely but yet to be filed claims including government claims; all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

**2**. Following payment of allowed secured and priority claims the allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

**3.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**4.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**5.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

**6.** Debtor(s) shall file an Amended Schedule I and/or J in the event of:

(a) Household income increases by 10% or more over most the recently filed Schedule I, because of new employment, promotion, or otherwise.

(b) A reduction in payroll withholding (including any Domestic Support Obligation and retirement loan(s) repayments), or a 10% or more reduction of any line item expense on Schedule J.

(c) Any indicated increase in disposable income as a result of an increase in income or decrease in payroll withholding or Schedule J expense (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the payoff of the obligation, decrease in expense, or increase in household income.

**7.** Debtor(s) shall provide Trustee annual tax returns and statements of income and expenses, in accordance with Section 521(f) and (g), and shall file an amended plan reflecting any increase in disposable income retroactive to date of increase.

**8.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**9.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

**10.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

Revised 3/22/2022

      **11.**    Any prior Confirmation Order entered in this matter is ***VACATED***.

_____
Thomas P. Agresti    **nms**
United States Bankruptcy Judge

cc: All Parties in interest to be served by Clerk immediately

Revised 3/22/2022

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10260-TPA |
| Rodney A. Schilling | Chapter 13 |
| Renee L. Schilling | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney A. Schilling, 4458 Pitts Road, Adamsville, PA 16110-1324 |
| jdb | + | Renee L. Schilling, 4458 Pitts Road, Adamsville, PA 16110-1324 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 15489121 | + | AES, 5996 W. Touhy Ave., Niles, IL 60714-4610 |
| 15489128 | | BB&T, Po Box 25217, Winston Salem, NC 27114 |
| 15490995 | | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2022 23:58:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15498963 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15489124 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:57:56 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15489122 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:11 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15489129 | | Email/Text: bankruptcy@bbandt.com | Jul 27 2022 23:50:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15489126 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2022 23:49:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15489127 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2022 23:49:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15489132 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:58:07 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15489130 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:58:07 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15497891 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:58:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15489136 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:57:59 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15489137 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:28 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15489138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15489139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:14 | Citibank/The Home Depot, Citicorp Credit |

Case 22-10260-TPA  Doc 24  Filed 07/29/22  Entered 07/30/22 00:28:23  Desc Imaged
Certificate of Notice  Page 5 of 7

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 65 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15489141 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 23:50:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15489140 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 23:50:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15489143 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2022 23:57:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15489142 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2022 23:58:12 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15489145 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 27 2022 23:50:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15489144 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 27 2022 23:50:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15490068 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 27 2022 23:50:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15489147 | + | Email/Text: bankruptcy@huntington.com | Jul 27 2022 23:50:00 | Huntington, Attn: Bankruptcy CAS056, 3 Cascade Plaza, #3, Akron, OH 44308-1124 |
| 15489146 | | Email/Text: bankruptcy@huntington.com | Jul 27 2022 23:50:00 | Huntington, Huntington Banks, Columbus, OH 43216 |
| 15489148 | + | Email/Text: bankruptcy@huntington.com | Jul 27 2022 23:50:00 | Huntington Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15489149 | + | Email/Text: bankruptcy@huntington.com | Jul 27 2022 23:50:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 15489135 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 23:58:21 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15489134 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 23:57:53 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15500429 | + | Email/Text: RASEBN@raslg.com | Jul 27 2022 23:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15489151 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2022 23:50:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15489150 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2022 23:50:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15497265 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15489152 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:50:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 15489153 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:50:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15489157 | + | Email/PDF: pa_dc_claims@navient.com | Jul 27 2022 23:58:23 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15489154 | + | Email/PDF: pa_dc_ed@navient.com | Jul 27 2022 23:58:23 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15489160 | + | Email/Text: angela.abreu@northwest.com | Jul 27 2022 23:50:00 | Northwest Bank, 100 Liberty St, Warren, PA 16365-2497 |
| 15489161 | + | Email/Text: angela.abreu@northwest.com | Jul 27 2022 23:50:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15489163 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 23:50:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dayton, OH 45401 |
| 15489162 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 23:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15490225 | + | Email/Text: bankruptcy@bbandt.com | Jul 27 2022 23:50:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 15489641 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15489166 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:54 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489164 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:05 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15489169 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15489168 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:54 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15489171 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:21 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489170 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:07 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15489173 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489172 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:21 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15489174 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:08 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15489175 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:54 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489176 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:54 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15489177 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:22 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15490120 | + | Email/Text: bankruptcy@huntington.com | Jul 27 2022 23:50:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15489180 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 27 2022 23:50:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15489178 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 27 2022 23:50:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15489182 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 27 2022 23:58:28 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15489183 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 27 2022 23:58:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15498940 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 28 2022 00:08:59 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason   Name and Address**

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 65 |

| | | |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15499886 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15489125 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15489123 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15489133 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15489131 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15489158 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15489159 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15489155 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15489156 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15489167 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489165 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15489181 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15489179 | *+ | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Renee L. Schilling julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Rodney A. Schilling julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6