Certificate Number: 14424-PAW-DE-036892154

Bankruptcy Case Number: 22-10260



14424-PAW-DE-036892154

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 10, 2022, at 2:34 o'clock PM EDT, Rodney A Schilling completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 10, 2022              By:    /s/Mabelyn Ramirez

                                       Name:  Mabelyn Ramirez

                                       Title: Instructor