Certificate Number: 14424-PAW-DE-036892155

Bankruptcy Case Number: 22-10260



14424-PAW-DE-036892155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 10, 2022</u>, at <u>2:34</u> o'clock <u>PM EDT</u>, <u>Renee L Schilling</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 10, 2022</u>          By:   <u>/s/Mabelyn  Ramirez</u>

                                        Name:  <u>Mabelyn  Ramirez</u>

                                        Title:  <u>Instructor</u>