**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/12/2023

IN RE:

RODNEY A. SCHILLING
RENEE L. SCHILLING
4458 PITTS ROAD
ADAMSVILLE, PA 16110
XXX-XX-8273           Debtor(s)

XXX-XX-2854

Case No. 22-10260 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/12/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9732 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA**<br>130 CLINTON RD #202<br>FAIRFIELD, NJ  07004 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SHEFFIELD FINANCIAL - DIV TRUIST BANK**<br>PO BOX 1847<br>WILSON, NC  27894 | Trustee Claim Number: 4   INT %: 5.00%<br>Court Claim Number: 3<br>CLAIM: 742.59<br>COMMENT: 1176@5%/PL*146MO*2604@BBT&T/SCH-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5526 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM: 18,047.36<br>COMMENT: 18392@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0043 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: PMT/DCLAR*880/PL*$0ARRS/PL*849.33/CL*DKT4PMT-LMT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2823 |
| **NATIONSTAR MORTGAGE LLC(\*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: SURR@UNITED WHOLESALE/PL*CL=25926.85 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3632 |
| **NORTHWEST BANK\***<br>COLLECTIONS DEPT\*<br>100 LIBERTY ST<br>PO BOX 337\*<br>WARREN, PA  16365 | Trustee Claim Number: 8   INT %: 5.00%<br>Court Claim Number: 16<br>CLAIM: 11,751.58<br>COMMENT: 12118@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1417 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 0.00<br>COMMENT: 886@PNC MTG/PL*902.09 X (60+2)=LMT*$0ARRS/PL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3652 |
| **AIDVANTAGE O/B/O THE DEPARTMENT OF EDU**<br>PO BOX 4450<br>PORTLAND, OR  97208 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 0.00<br>COMMENT: 397.99x60+2=LMT@NAVIENT*COMB SCH CID 23-24-25*TIMELY CL=17707.53 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8273 |

| Creditor | Claim Info | Details |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 5,232.36<br>COMMENT: X2733/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1006 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 2,813.10<br>COMMENT: X2083/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1006 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 7,346.75<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2668 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 11,007.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4493 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,891.06<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7094 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,847.92<br>COMMENT: AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6080 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 7,092.35<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8844 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:25-2<br>CLAIM: 1,867.58<br>COMMENT: CITIBANK\*THD\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9831 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 958.00<br>COMMENT: PEEBLES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6506 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 2,002.65<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1118 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **HUNTINGTON NATIONAL BANK FKA HUNTINGTO** 5555 CLEVELAND AVE - GWIN10 COLUMBUS, OH 43231 | Trustee Claim Number: 21  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6962 |
| **KOHLS** C/O PERITUS PORTFOLIO SERVICES II LLC PO BOX 141509 IRVING, TX 75014 | Trustee Claim Number: 22  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5729 |
| **NAVIENT SOLUTIONS INC** PO BOX 9635 WILKES BARRE, PA 18773 | Trustee Claim Number: 23  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: COMB'D @ POC @ CID 10 | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0908 |
| **NAVIENT SOLUTIONS INC** PO BOX 9635 WILKES BARRE, PA 18773 | Trustee Claim Number: 24  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: COMB'D/POC @ CID 10 | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0313 |
| **NAVIENT SOLUTIONS INC** PO BOX 9635 WILKES BARRE, PA 18773 | Trustee Claim Number: 25  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: COMB'D/POC @ CID 10 | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0912 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 26  INT %: 0.00% Court Claim Number: 6 | CLAIM: 2,251.89 COMMENT: SYNCHRONY*AMAZON | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0915 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 27  INT %: 0.00% Court Claim Number: 18 | CLAIM: 2,143.20 COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9159 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 28  INT %: 0.00% Court Claim Number: 5 | CLAIM: 3,539.58 COMMENT: SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4674 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 29  INT %: 0.00% Court Claim Number: 19 | CLAIM: 10,444.04 COMMENT: SYNCHRONY/GAP | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9732 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30  INT %: 0.00% Court Claim Number: 17 | CLAIM: 8,367.09 COMMENT: SYNCHRONY/LOWES | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5456 |

| Creditor | Claim Info | Description |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 6,343.32<br>COMMENT: SYNCHRONY/SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8797 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 826.81<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5625 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO 63197-0321 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: TTL PMT/PL@USDOE/GLELSI~259.92X60+2=LMT*CL=15666.76 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 2854 |
| **GREAT LAKES HIGHER ED CORP**<br>2401 INTERNATIONAL LN<br>MADISON, WI 53704 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 129.96MO@USDOE/SCH-PL*INCL IN CL 4*SEE CID 33 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 7581 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 5,449.75<br>COMMENT: X9412/SCH*639779317 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9317 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 176.87<br>COMMENT: $0ARRS/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3652 |
| **AES**<br>5996 W TOUHY AVE<br>NILES, IL 60714 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: NO NUM/SCH*154.33 x60+2=LMT | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 2854 |