**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RODNEY A. SCHILLING<br>RENEE L. SCHILLING<br><br>          Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>     vs.    Movant<br>AES++<br><br>          Respondents | Case No. 22-10260JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The mailing address is defunct, and mail is being returned by the Postal Service.

| | |
|---|---|
| AES++<br>5996 W TOUHY AVE<br>NILES, IL 60714 | Court claim# NC/Trustee CID# 37 |

The Movant further certifies that on 05/31/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
RODNEY A. SCHILLING, RENEE L. SCHILLING, 4458 PITTS ROAD, ADAMSVILLE, PA 16110

DEBTOR'S COUNSEL:
LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA 15219

ORIGINAL CREDITOR:
AES++, 5996 W TOUHY AVE, NILES, IL 60714

NEW CREDITOR: