

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

22-10260

DEBTOR(S):

RODNEY A SCHILLING

RENEE L SCHILLING

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 19 IN THE AMOUNT OF $10,444.04

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/5/2023