IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                               )
                                                     )
Rodney A. Schilling and Renee L. Schilling,          )    Case No. 22-10260-JCM
                                                     )    Chapter 13
        Debtors                                      )

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by:    Debtors to provide for mortgage payment changes.

☐    a motion to lift stay
     as to creditor

☐    Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated    May 27, 2022
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Debtors' Plan payments shall be changed from $ <u>4,823.00</u> to $ <u>5,100.00</u> per month, effective <u>December, 2023</u>; and/or the Plan term shall be changed from _____ months to _____ months. _____.

☐ In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtors shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐ Other: <u>Huntington Bank claim 2 shall govern following all payment changes of record.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

SO ORDERED, this 4th day of December, 2023

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
12/4/23 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                                    Stipulated by:

/s/Lauren M. Lamb                                 /s/James Warmbrodt
Counsel to Debtors                                Counsel to Chapter 13 Trustee
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com


Stipulated by:


_____
Counsel to affected creditor


cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10260-JCM |
| Rodney A. Schilling | Chapter 13 |
| Renee L. Schilling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 04, 2023 | Form ID: pdf900 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney A. Schilling, Renee L. Schilling, 4458 Pitts Road, Adamsville, PA 16110-1324 |
| 15489121 | + | AES, 5996 W. Touhy Ave., Niles, IL 60714-4610 |
| 15489128 | | BB&T, Po Box 25217, Winston Salem, NC 27114 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 05 2023 00:01:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 05 2023 00:14:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15510979 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 05 2023 00:14:26 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15498963 | | Email/PDF: bncnotices@becket-lee.com | Dec 05 2023 00:13:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15489124 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2023 00:24:41 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15489122 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2023 00:14:29 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15489129 | | Email/Text: bankruptcy@bbandt.com | Dec 05 2023 00:01:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15489126 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 05 2023 00:01:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15489127 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 05 2023 00:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15501779 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 05 2023 00:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15489132 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2023 00:14:12 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15489130 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2023 00:14:09 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15497891 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2023 00:13:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15489136 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2023 00:14:27 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15489137 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 22-10260-JCM   Doc 56   Filed 12/06/23   Entered 12/07/23 00:28:48   Desc Imaged
                    Certificate of Notice    Page 5 of 8

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: pdf900 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 15489138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2023 00:14:28 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15489139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2023 00:13:30 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15489141 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2023 00:14:29 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15489140 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2023 00:01:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15489143 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2023 00:01:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15489142 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2023 00:13:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15489145 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 05 2023 00:13:32 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15489144 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 05 2023 00:01:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15490068 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 05 2023 00:01:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15489147 | + | Email/Text: bankruptcy@huntington.com | Dec 05 2023 00:01:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15489146 | | Email/Text: bankruptcy@huntington.com | Dec 05 2023 00:01:00 | Huntington, Attn: Bankruptcy CAS056, 3 Cascade Plaza, #3, Akron, OH 44308-1124 |
| 15489148 | + | Email/Text: bankruptcy@huntington.com | Dec 05 2023 00:01:00 | Huntington, Huntington Banks, Columbus, OH 43216 |
| 15489149 | + | Email/Text: bankruptcy@huntington.com | Dec 05 2023 00:01:00 | Huntington Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15489135 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 05 2023 00:01:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 15489134 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 05 2023 00:14:26 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15500429 | + | Email/Text: RASEBN@raslg.com | Dec 05 2023 00:13:43 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15489151 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2023 00:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15489150 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2023 00:01:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15497265 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2023 00:01:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15506079 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2023 00:13:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15489152 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2023 00:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15489153 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2023 00:01:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 15507222 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2023 00:01:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15489157 | + | Email/PDF: pa_dc_claims@navient.com | Dec 05 2023 00:01:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741 |

Case 22-10260-JCM   Doc 56   Filed 12/06/23   Entered 12/07/23 00:28:48   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: pdf900 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 05 2023 00:14:27 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15489154 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 05 2023 00:14:27 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15489160 | + | Email/Text: angela.abreu@northwest.com | Dec 05 2023 00:01:00 | Northwest Bank, 100 Liberty St, Warren, PA 16365-2497 |
| 15489161 | + | Email/Text: angela.abreu@northwest.com | Dec 05 2023 00:01:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15503278 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2023 00:01:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15489163 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2023 00:01:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15489162 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2023 00:01:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15507337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2023 00:14:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15505242 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2023 00:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15490225 | + | Email/Text: bankruptcy@bbandt.com | Dec 05 2023 00:01:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 15489641 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:14:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15489166 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:24:45 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489164 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:14:02 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15489169 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:14:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15489168 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:14:26 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15489171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:14:26 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489170 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:13:33 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15489173 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:13:40 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:14:06 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15489174 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:13:38 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15489175 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:14:34 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489176 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:13:25 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15489177 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 00:13:35 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15490120 | + | Email/Text: bankruptcy@huntington.com | Dec 05 2023 00:01:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15489180 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 05 2023 00:01:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

Case 22-10260-JCM  Doc 56  Filed 12/06/23  Entered 12/07/23 00:28:48  Desc Imaged
Certificate of Notice  Page 7 of 8

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: pdf900 | Total Noticed: 71 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15489178 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 05 2023 00:01:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15490995 | | Email/Text: electronicbkydocs@nelnet.net | Dec 05 2023 00:01:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 15489182 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 05 2023 00:14:10 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15489183 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 05 2023 00:14:29 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15498940 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 05 2023 00:14:17 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 68

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15499886 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15489125 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15489123 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15489133 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15489131 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15489158 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15489159 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15489155 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15489156 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15489167 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15489165 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15489181 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15489179 | *+ | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 04, 2023 | Form ID: pdf900 | Total Noticed: 71 |

Brian Nicholas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Lauren M. Lamb
    on behalf of Joint Debtor Renee L. Schilling
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor Rodney A. Schilling
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6